# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:22-cr-254 (RC) |
| ) | |
| TYLER ETHRIDGE ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Tyler Ethridge, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Tyler Ethridge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 14th day of November, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper