# SUPERIOR COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 1-22-cr-254 (RC) |
| : | |
| TYLER ETHRIDGE : | |
| : | |
| _____ : | |

## JOINT MOTION TO CONTINUE STATUS HEARING
## AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The parties hereby move this Court to continue the scheduled status hearing in the above-captioned proceeding, and further to exclude the time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161. In support of this motion, the parties state as follows:

1. Mr Ethridge is before the Court charged by Indictment with; Obstruction of an Official Proceeding in violation of 18 U.S.C. §1512(c)(2); Civil Disorder and Aiding and Abetting in violation of 18 U.S.C. §231(a)(3, 2; Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(A)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752 (a)(2), Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(D), and Demonstrating or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(G). A status hearing is currently set for Wednesday 12th July, 2023.

2. The parties have been in discussion with respect to a disposition in this matter, and believe an agreement has been arrived at. However, the paperwork and document necessary to move forward in the manner planned will not be completed by the upcoming status date

3. The parties have discussed a new hearing date and believe a 30-day period would be reasonable to ensure completion of this process and allow for disposition before this Court at that time.

4. Mr Ethridge agrees that the time limits mandated by 18 U.S.C. § 3161 are tolled for the period between the current status hearing and the date agreed upon for the next hearing.

WHEREFORE, for the above reasons, the parties respectfully request that this Court grant this Joint Motion to Continue Status Hearing in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Tyler Ethridge

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Joint Motion to Continue Status Hearing and to Exclude Time Under the Speedy Time Act is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 10th day of July, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper