**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE NO. 1:22-cr-254 (RC) |
| : | |
| TYLER ETHRIDGE : | |
| _____ : | |

**ORDER**

Upon the joint motion of the parties, the status hearing currently set for 12 July 2023 is continued to _____. In the interim period between the 11 April and _____, the Speedy Trial Act is tolled pursuant to 18 U.S.C. § 3161 *et seq*.

So Ordered.

_____
Honorable Rudolph Contreras

_____
Date