UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00254-RC |
| ) | |
| TYLER EARL ETHRIDGE., ) | |
| ) | |
| Defendant ) | |
| ) | |

# DEFENDANT'S **UNOPPOSED** MOTION TO SUBSTITUTE COUNSEL AND TO CONTINUE SENTENCING DATE AND FILING DEADLINES

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Tyler Ethridge, by and through attorney, William L. Shipley, Esq., and respectfully moves this Court to allow attorney Shipley to substitute counsel of his retained counsel in place of appointed counsel Peter Cooper.

On March 21, 2024, Defendant Ethridge and Attorney Shipley spoke for the first time about the status of the Defendant's case and the possibility of Attorney Shipley taking over his defense as retained counsel for sentencing.

Attorney Shipley advised Defendant Ethridge that it would be necessary to obtain the permission from the Court for any substitution of counsel given the short time remaining prior to scheduled sentencing. Attorney Shipley assured Defendant Ethridge that, if allowed to enter the case, the matter could proceed to sentencing with Attorney Shipley as counsel within 30-45 days.

Attorney Shipley contacted counsel for the United States, Assistant United States Attorney Michael Gordon, and AUSA Gordon stated that the Government had no objection to the substitution and the requested relatively short continuance to allow attorney Shipley to prepare for the sentencing hearing.

Attorney Shipley has also communicated with appointed counsel Peter Cooper, and he has no objection to withdrawing from the case.

This motion for substitution of counsel is not for the purpose of causing improper or any undue delay in this matter. Attorney Shipley was an Assistant United States Attorney in both the Eastern District of California and the District of Hawaii for a combined period of more than 21 years. He has been a defense attorney in private practice for more than 10 years, working almost

exclusively in federal courts.  He has tried multiple cases in this District involving the events of January 6, 2021, and has been involved in cases in this District before Honorable District Judges Boasberg, Mehta, Lamberth, Bates, Jackson, Howell, McFadden, Moss, Nichols, Kollar-Kotelly, Cobb, Cooper, Friedrich, and Kelly.

    WHEREFORE, Defendant Ethridge respectfully requests this Honorable Court grant this unopposed motion to substitute his attorney of choice William Shipley for appointed counsel Peter Cooper, to vacate the current sentencing date of April 8, 2024, to reset the sentencing hearing for any day from May 9 to 17, 2024 -- as allowed by the Court's calendar -- and for the parties to file their Sentencing Statements consistent with the newly set sentencing date.

Dated: March 22, 2024        Respectfully submitted,

                                /s/ William L. Shipley
                                William L. Shipley, Jr., Esq.
                                PO BOX 745
                                Kailua, Hawaii 96734
                                Tel: (808) 228-1341
                                Email: 808Shipleylaw@gmail.com