UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-CR-254 (RC) |
| | : | |
| TYLER EARL ETHRIDGE, | : | |
| | : | |
| Defendant. | : | |

### *JOINT* MOTION TO CONTINUE RESPONSE DEADLINE

On March 11, 2024, the Court issued a Minute Order directing the parties to "submit supplemental sentencing memoranda on or before March 25, 2024, setting forth the change, if any, in their Guidelines calculations following the Circuit's opinion in *United States v. Brock* (regarding USSG § 2J1.2)."

In light of the defendant's pending unopposed motion to change attorneys and continue sentencing for at least a month, the parties respectfully jointly request that the Court continue the deadline for responding to the Court's Minute Order for at least two weeks.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

| | | |
|---|---|---|
| */s/ William L. Shipley* | By: | */s/ Michael M. Gordon* |
| William L. Shipley, Jr., Esq. | | Michael M. Gordon |
| Proposed Counsel for Defendant | | Assistant United States Attorney |
| P.O. Box 745 | | Florida State Bar No. 1026025 |
| Kailua, Hawaii 96734 | | 400 N. Tampa St., Suite 3200 |
| (808) 228-1341 | | Tampa, Florida 33602 |
| 808Shipleylaw@gmail.com | | (813) 274-6370 |
| | | michael.gordon3@usdoj.gov |

                                          Brendan Ballou
                                          Special Counsel
                                          DC Bar No. 241592
                                          United States Attorney's Office
                                          601 D Street NW
                                          Washington, DC 20001
                                          (202) 431-8493
                                          brendan.ballou-kelley@usdoj.gov