UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00254-RC |
| ) | |
| TYLER EARL ETHRIDGE., ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT TYLER ETHRIDGE'S NOTICE OF NO OPPOSITION**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Tyler Ethridge, by and through attorney, William L. Shipley, Esq., and respectfully files this Notice of No Opposition to Government's Motion to Continue Sentencing.

On August 30, 2024, counsel for the Government filed a motion to continue the sentencing currently set for September 5, 2024.  In the motion the Government requests for an additional three weeks, setting the sentencing for the week of September 23, 2024.  *See* ECF No. 50.

Defendant Ethridge does not oppose Government's Motion to Continue.


Dated: September 3, 2024                      Respectfully submitted,

                                              /s/ William L. Shipley
                                              William L. Shipley, Jr., Esq.
                                              PO BOX 745
                                              Kailua, Hawaii 96734
                                              Tel: (808) 228-1341
                                              Email: 808Shipleylaw@gmail.com